ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

E522

| Offender Information: | | | |
|---|---|---|---|
| Boyce Last Name | R52462 First Name | Mi | ID#: |

| Date/Time | 10²⁰     Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/11/11 | DA Note | 1. $ 2.00 co pay |
| @ | 28 y/o. AAm c/o diarrhea, feeling | 2. cmp/ua/stool |
| V/S | dehydrated, tummy cramping 2° to | 4 typ exam/O&P/c/s/s. |
| 150/94. BP | drinking the water - wt loss 5-6 lbs | CBC (lipids) |
| 100 HR | I'm sure; tummy cramping daily, | 3. Imodium tabs |
| 98° T | diarrhea watery 1x daily | 1 stat then 1/2 TID |
| 20 RR | O = gen-wnl | thereafter ×3 days) |
| | HEENT-wnl | thereafter ×3 days) |
| | chest-wnl | 4. RTC prn |
| | skin (wnl) | advised he will |
| | A = 1. diarrhea | be called for (+) |
| | | results |
| | | [signature] |
| | | noted [signature] |

**EXHIBIT 3**

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WEX 000074

1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: BOYCE  First Name: ANTHONY  MI:  ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/18/11 110/80 | PA NOTE<br>28 y/o C/o diarrhea c cramping 3-4x/wkly watery soft stool. I never had a stool sample or others, face bumps, nothing works for it, I might have viral cancer. I need to see dental. The last meds for my stomach helped.<br><br>O = gen = no dist<br>HL = WNL<br>tent = face c 1-2 scattered papules noted in beard<br>Abd = soft<br><br>A = 1. IBS prob<br>2. folliculitis | 1 stool o/e c/s, H-pylori called lab tech<br>2. dental referral<br>3. Imodium caplets) Tizz<br>i po TID prn<br>* 30.<br>4. pt advised to keep food diary<br>5. will be called for (+) results<br>6. RTC prn - 7 hygiene advise<br>RTME pv<br><br>Noted Banner out 8-18-11 |

2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____Stateville Correctional_____ Center

Offender Information:

Boyce                          ID#: R52468
Last Name          First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/22/11 9:00 | **LAB NOTE** | |
| | S. | P. |
| | O. | |
| | A. Labs Stool O+P | Drawn: |
| | Stool C+S | |
| | Stool Hpylori | J Wollengie, pa-c |

Stateville-Routine
16300 S. Route 53
Cresthill, IL  60435

 

**University of Illinois**
Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | | DESTINATION |
|---|---|---|---|---|---|---|---|
| BOYCE, R52162 | | A209-52162 | 08/20/1982 | M | Final | | D209 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | | PAGE |
| GHOSH, PARTHASARATHI | | 08/22/2011 08:40 | 08/22/2011 23:23 | | 08/24/2011 | 6:01 | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | | |
| A209.6262 | | | | | | | |

COMMENTS:

| Diagnostic Procedure | Result | | Units | Reference Range |
|---|---|---|---|---|
| | In Range | Out of Range | | |
| H. PYLORI AG, STOOL | NEGATIVE | | | NEG |
| TOOL OVA & PARASITE | | | | |
| MICRO LAB SETUP | 08/23/2011  0815 | | | |
| SPECIMEN DESCRIPTION | STOOL | | | |
| SPECIAL REQUESTS | NONE | | | |
| DIRECT EXAM | CONCENTRATE AND TRICHROME STAIN: NO PARASITES | | | |
| | SEEN | | | |
| REPORT STATUS | FINAL | | | |
| | 08232011 | | | |

End of Report

| BOYCE, R52162 | 08/24/2011 06:01 | **WEX 000269** | D209 |
|---|---|---|---|

4

Stateville-Routine
16300 S. Route 53
Cresthill, IL 60435

 **University** of **Illinois**
Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | | DESTINATION |
|---|---|---|---|---|---|---|---|
| BOYCE, R52162 | | A209-52162 | 08/20/1983 | M | Final | | D209 |
| PHYSICIAN | | COLLECT DATE & TIME | DATE OF SERVICE | | PRINTED ON | | PAGE |
| GHOSH, PARTHASARATHI | | 08/22/2011 08:40 | 08/22/2011 23:23 | | 08/26/2011 | 9:02 | 1 |
| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | | | | | |
| A209.6263 | | | | | | | |
| COMMENTS: | | | | | | | |

| | Result | | | | |
|---|---|---|---|---|---|
| **Diagnostic Procedure** | In Range | Out of Range | Units | Reference Range | |

STOOL CULTURE
  MICRO LAB SETUP     08/23/2011  0813
  SPECIMEN DESCRIPTION  STOOL
  SPECIAL REQUESTS     NONE
  CULTURE           NORMAL FECAL FLORA
                 DEFINITIVE IDENTIFICATIONS WERE COMPLETED.
                 NEGATIVE FOR ENTERIC PATHOGENS INCLUDING
                 CAMPYLOBACTER, SALMONELLA, SHIGELLA, YERSINA,
                 EDWARDSIELLA, AEROMONAS, AND PLESIOMONAS
  REPORT STATUS        FINAL
                 08262011

    End of Report

WEX 000271

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

Offender Information:

BONCE      ANTHONY      ID#: R52162

Last Name     First Name     MI

| Date/Time | 3:50 pm    Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-20-11 | PA NOTE | ¹ Schedule SC/UC ✓ |
|  | Chart/Ifm brought to writers attn | done Dispose |
|  | c̄ c/o abd problems | |
|  |  | |
| 9-28-11 | PA NOTE | |
| 2:15 pm | pt c̄ c/o abd discomfort x several | ¹ Bentyl 20 mg |
| 167½ lbs | mos often. The last meds helped | qid x (2 weeks) |
| 133/88 ᴼᴾ | The water is drank daily; better | ² lab results discussed |
| 92 Pᴿ | c̄ the meds | c̄ pt. |
|  | O = gen = wnl, nad. +LL=wnl. | ³ pt. education/ |
|  | abd =wnl, nad, skin = wnl | dietary issues |
|  | A = ¹. IBS probable | discussed |
|  |  | 4. RTC 6 weeks |
|  |  | f/u |
|  |  | [signature] |
|  |  | [signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WEX 000080

Printed on Recycled Paper

6

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

Offender Information:

Boyce Anthony ID#: R-52162
Last Name                First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9.21.11 | **LAB NOTE** | |
| | S. | P. |
| | O. | |
| 10:15am | A. Labs CMP.LP.CBC,UA | Drawn: J. Wollenien phleb |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution Offender's Medical Record

DOC 0084 (Eff 9 2002
Replaces DC 14

7

E522

```
Stateville-Routine
16300 S. Route 53
Cresthill, IL  60435
```



University of
Illinois
Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| BOYCE, R52162 | R209-52162 | 08/20/1982 | M | Final | D209 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| GHOSH, PARTHASARATHI | 09/21/2011 10:15 | 09/21/2011 23:23 | 09/22/2011  6:07 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| R209.6603 | | |

COMMENTS:

| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 13 | | MG/DL | 6-20 |
| SODIUM | 140 | | MMOL/L | 135-145 |
| POTASSIUM | 4.0 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 105 | | MMOL/L | 98-108 |
| GLUCOSE | 81 | | MG/DL | 65-110 |
| CREATININE | 1.0 | | MG/DL | 0.5-1.5 |
| CALCIUM | 9.9 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 7.1 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.6 | | GM/DL | 3.4-5.0 |
| BILIRUBIN, TOTAL | 0.7 | | MG/DL | 0-1.2 |
| ALK PHOS | 63 | | U/L | 40-125 |
| AST | 21 | | U/L | 10-40 |
| CO2 CONTENT | 26 | | MMOL/L | 24-32 |
| ANION GAP | 9 | | MMOL/L | 3-11 |
| ALT | 20 | | U/L | 10-50 |
| BUN/CREAT RATIO | 13.0 | | | 12-20 |
| LIPIDS | | | | |
| CHOLESTEROL | 186 | | MG/DL | 100-200 |

(NOTE)
-------------------------------------------------------
```
Cholesterol(mg/dl):
            (200              DESIRABLE
            200-239           BORDERLINE HIGH
            )239              HIGH
```
-------------------------------------------------------

| TRIGLYCERIDE | 49 | | MG/DL | 45-150 |

(NOTE)
-------------------------------------------------------
```
Triglycerides (mg/dl):
            (150              NORMAL
            150-199           BORDERLINE HIGH
            200-499           HIGH
            )499              VERY HIGH
```
-------------------------------------------------------
```
Triglyceride measurement must be performed on a specimen
obtained from a fasting individual.
```

| HDL | 45 | | MG/DL | 40-60 |

(NOTE)
-------------------------------------------------------

Continued on the next page
BOYCE, R52162            09/22/2011 06:02

Stateville-Routine
16300 S. Route 53
Cresthill, IL 60435



**University of Illinois**
Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME BOYCE, R52162 | | PATIENT ID A209-52162 | DOB 08/20/1984 | SEX M | STATUS Final | | DESTINATION D209 |
|---|---|---|---|---|---|---|---|
| PHYSICIAN GHOSH, PARTHASARATHI | | COLLECT DATE & TIME 09/21/2011 10:15 | DATE OF SERVICE 09/21/2011 23:23 | PRINTED ON 09/22/2011 6:07 | | PAGE 2 |
| REQUISITION NO. A209.6603 | PT. LAB NO. | LAB REF NO. | | | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| | HDL (40 mg/dl is low and constitutes a coronary heart disease risk factor. HDL )59 mg/dl is a negative risk factor for coronary heart disease. | | | |
| LDL,CALCULATED | | 131 H | MG/DL | 50-129 |

(NOTE)

LDL, Calculated(mg/dl):
      (100           OPTIMAL
      100-129     NEAR OPTIMAL
      130-159     BORDERLINE HIGH
      160-189     HIGH
      )189           VERY HIGH

LDL cannot be calculated when triglycerides are )400 mg/dL.The UIMCC Core Laboratory also offers direct measurement of LDL which may be ordered separately (LDL Cholesterol, Direct).

RISK CATEGORY        LDL GOAL(mg/dl)
  CHD or CHD risk equivalent[1]    (100
  Multiple (2+) risk factors[2]    (130
  Zero to one risk factor      (160
[1]CHD risk equivalents include diabetes, other forms of atherosclerotic disease and/or multiple risk factors that confer a 10-year risk for CHD )20%.
[2]Major Risk Factors:
  +1  Cigarette smoking
  +1  Hypertension(BP ) or =140/90 mmHg or on antihypertensive meds)
  +1  Low HDL cholesterol ((40 mg/dL)
  +1  Family history of premature CHD
  +1  Age: men 45 years and older
        women 55 years and older
  -1  High HDL cholesterol (60 mg/dl or greater)

| BLOOD COUNT | | | | |
|---|---|---|---|---|
| WBC | 5.0 | | K/UL | 3.9-12.0 |
| RBC | 5.75 | | M/UL | 4.00-6.10 |

Continued on the next page
BOYCE, R52162        09/22/2011 06:02         WEX 000275    D209

Stateville-Routine
16300 S. Route 53
Cresthill, IL 60435



University of Illinois
Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
PH # (877) FOR-LABS
Lanne Maes, M.D., Director

| PATIENT NAME BOYCE, R52162 | | PATIENT ID A209-52162 | | DOB 08/20/1982 | SEX M | STATUS Final | DESTINATION D209 |
|---|---|---|---|---|---|---|---|
| PHYSICIAN GHOSH, PARTHASARATHI | | COLLECT DATE & TIME 09/21/2011 10:15 | DATE OF SERVICE 09/21/2011 23:23 | | PRINTED ON 09/22/2011 6:07 | | PAGE 3 |
| REQUISITION NO. A209.6603 | PT. LAB NO. | LAB REF NO. | | | | | |

COMMENTS:

|  | Result | | | |
|---|---|---|---|---|
| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
| HGB | 16.1 | | GM/DL | 13.2-18.0 |
| HCT | 48.6 | | % | 38.0-55.0 |
| MCV | 84.7 | | FL | 80.0-99.0 |
| MCH | 28.0 | | PG | 26.0-35.0 |
| MCHC | 33.1 | | GM/DL | 32.0-37.0 |
| RDW | 13.4 | | % | 11.6-15.0 |
| PLT | 185 | | K/UL | 150-450 |
| MPV | 10.0 | | FL | 6.5-11.0 |
| DIFFERENTIAL | | | | |
| % NEUTROPHIL | 58.0 | | % | 35.0-75.0 |
| % LYMPHOCYTE | 29.5 | | % | 19.0-56.0 |
| % MONOCYTE | 6.4 | | % | 2.0-12.0 |
| % EOSINOPHIL | 5.9 | | % | 0.0-6.0 |
| % BASOPHIL | 0.2 | | % | 0.0-2.0 |
| NEUTROPHIL | 2.9 | | K/UL | 1.3-7.5 |
| LYMPHOCYTE | 1.5 | | K/UL | 1.3-4.2 |
| MONOCYTE | 0.3 | | K/UL | 0.2-1.0 |
| EOSINOPHIL | 0.3 | | K/UL | 0.0-0.5 |
| BASOPHIL | 0.0 | | K/UL | 0.0-0.15 |
| METHOD | AUTOMATED DIFF | | | |
| URINALYSIS | | | | |
| URINE COLOR | YELLOW | | | |
| URINE CLARITY | CLEAR | | | |
| URINE SP GRAV | 1.015 | | | 1.003-1.035 |
| URINE PH | 5.5 | | | 5.0-8.0 |
| URINE PROTEIN | NEGATIVE | | MG/DL | NEG |
| URINE GLUCOSE | NEGATIVE | | MG/DL | NEG |
| URINE KETONES | | 10 | MG/DL | NEG |
| URINE BILIRUB | NEGATIVE | | | NEG |
| NITRITE | NEGATIVE | | | NEG |
| UROBILINOGEN | NORMAL | | EU/DL | 0.1-1 |
| URINE BLOOD | NEGATIVE | | | NEG |
| URINE RBC'S | NONE SEEN | | /HPF | 0-2 |
| URINE WBC'S | NONE SEEN | | /HPF | 0-5 |
| BACTERIA | NONE | | | NONE |
| LEUK ESTERASE | NEGATIVE | | | NEG |

End of Report

BOYCE, R52162                    09/22/2011 06:02                    D209

WEX 000277

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Boyce   First Name: Anthony   MI:   ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-3-13 10²⁵ AM | P Note See DOC 0282 for Mental Health Note | 3.3.Q LASW |
| | | |
| 1-3-14 900 AM BP 114/62 P 91 R 20 T 98² | MD Notes "I slipped & fell real hard in the shower. It happened about an hour ago. My nose hurts and I have a busted lip. I also have a loose tooth. O·VS Noted Gen: Awake + alert Skin Contusion ant. forehead Large amount of swelling especially under right eye. Half moon. Shaped laceration, lat ℞ nose. | |
| | | Noted Resident CMT |

(1(2)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

| | | | |
|---|---|---|---|
| Boyce | Anthony | | ID#: R 52162 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-22-11 | PA NOTE ✓ | 1. Bentyl 20mg qid x 6 weeks |
| 1731 hs | medication was helpful; | x 6 weeks |
| | I'm out, foot fungus from ✓ | 2. tolnaftate |
| | shower; scalp bumps due to | cream BID to AA |
| | clippers on neck | x 1 m/o |
| | O= gen= well, neat. HEE=wnl. ✓ | 3. re-refer to |
| | skin = nape of neck c̄ | optometry clinic |
| | diffuse vesicular papular lesions ✓ | 4. benzoperoxide |
| | feet = c̄ maceration between | gel 5% BID/qd |
| | toes. Abd = soft, flat, non- | to AA x 1 m/o |
| | tend. ✓ | 5. Refer to med. |
| | A = 1. IBS  2. tinea pedis | dir. chronic |
| | 3. derm scalp | abd. problem |
| | | ___ pac |
| | | noted |
| | | [signature] 11/22/11 |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

Offender Information:

**Boyce** _____ _____ ___ ID#: R52162

Last Name                              First Name                    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/9/11 | **LOCK DOWN:** No contact this date. Will be rescheduled. 11/22/11 | SN RN |
| 11/24/11 1150 | Y M.D Note Seen individually in HCU. | RTC 1 week Sig. K.Bal |
| 01/08/12 10:05 Am | S/o Resident requesting to be seen in sick call for several medical issues concerning medications & Headaches.  ℞ Headaches / medi. | Ⓟ R.N Sick call 01/12/12 See HCU x PRN  N. Naffuziberg |
| 1/17/12 Wt 173 | MD Notes! Ⓢ long somatic complaints list: - "water is bad". weight unchanged - "& meds make my vision bad". - "pain in my gums" - "chronic abd pain. Better ē Bentyl | (cont'd) I.Schlater |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff 9/2002)
(Replaces DC 7147)

**WEX 000087**

13

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>Stateville Correctional Center</u>

R52162

Offender Information:

Boyce          Anthony          M08024

Last Name          First Name          MI          ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/17/12 (Cont'd) | MD notes: ⓞ wt 173. Unchanged from 2010. ENT exam normal. lungs clear. Heart - RRR. Abd soft, BSⓞ. Non-tender. No masses or HSM. CNS completely non-focal. Ⓐ Somatization Disorder NOS | ① Keep optometry appt. - No evidence of GI disorder Imp Anderton  [initials] |
| 2-7-12 5⁴⁵ PM | ⓅSYCHIATRIST NOTE I/m not seen at HCU today for medi review, due to Level 1 lockdown. | Ⓡ - Reschedule - J Kelly MD |
| 2-14-12 6⁴⁰ PM | ⓅSYCHIATRIST NOTE I/m not seen today at HCU for scheduled medication review because NO SHOW. | Ⓡ Reschedule x 1 wk. J Kelly MD |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 711)

Printed on Recycled Paper

WEX 000088

14

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Boyce   First Name: _____   Mi: ___   ID#: R52167

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/2/17 | LPN Note<br>B/P 157/89  P. 99<br>Temp 98.4<br>My Chest burns ——<br>I/m states he has a burning<br>Pain in his chest since<br>feb. I/m seems to be in<br>no major distress walking<br>and talking. I/m given<br>antacids and putor I/n house<br>sick call —— | Sippas to you |
| 9/7/12<br>2:05pm | Psychologist note.<br>S. I/m seen on F house at I/m request.<br>He reports various medical issues due to<br>prior Y med. use. Indicates he is pursuing legal<br>action. O/ I/m could not give any approx. dates of Srs<br>onset, only stating when meds started. No agg. signs/Sde. side. O/ cooperative Behavior | RFU 1 month. |

15

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Boyce    First Name: Anthony    MI: ___    ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-6-12 | 10³⁰A   PA NOTE aft I got a burn on my finger have 20 to sparks before in february | 1. Bentlyl 20mg prn ƈ BID + 2 mos #30mg |
| 140/90 | 29y/o. AAm. states his tummy | |
| R18 | still bothers from time to time | 2. pt education / |
| P80 | last meds you gave helped me | reassurance |
| | I have burning in my chest so | 3. RTC prn |
| | to electrical pile in my cell | 4. A balm to AA ƈ profile |
| | for 21 days, took in february. I | up to BID/TID prn |
| | also have have pain in my Ⓛ | 5. Tylenol 325mg |
| | wrist off and on over the- | + or ƈ q 6-8° prn |
| | past several mos or so. | #40 x 1mo — profile |
| | O= gen=wnl, wed.  HⒺent=wnl +EBx4 | 6. RTC prn |
| | Heent=wnl  abd= soft, flat | #3 Prefer ✓ |
| | nontend  Ext=wnl  Ⓑ | Noted Burner CM 4-6-12 |
| | A =1. SR  alt-in comfort abd | |
| | 2. alt in comfort Ⓛ wrist SR | |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Boyce | anthony | | R 52262 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-5-12 10:55Am | Psychologist Note: IM not seen due to level 1 lockdown — Kinney/Psy | P. F/U 1 week |
| 7-5-12 3:43 pm | Psychologist Note: IM seen in F-house for 1:1 MH Tx. IM does not present w/ MH issues. Currently stable. DOC 0282 completed. — Kinney/Psy | P. F/U PRN |
| 8/10/12 BP-120/8 UP-84 | PA NOTE 29yo. ♂ M was brought to MD/SC by med tech because he said he tried to kill himself on 8/7/12 by trying to hang himself, now my neck hurts). Was seen by mental health 8/9/12, Me Hist per med tech. | 1. Tylenol 325mg ī or īī $30 prn #30 watch take 2. A-Balm to TA up to $10 plus x1m/o ē heat 3. RTC prn 4. pt education reassurance. |

  
ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Boyce                    anthony          ID#: R 52162
Last Name                First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-10-12 | PA NOTE (CONT.) | 5. CXR |
| | I have an injury to my | 6. RTC prn |
| | lower lip on 7/30/12, my chest | 7. Bentyl 20mg B.I.D. prn  x30 K/mf with tau |
| | stiff hurts, I can't take a deep | DX Rob = pac |
| | breath. can I refill my bentyl | |
| | o=gen=unl. HL=md Ext=wnl. | Nat |
| | Neck = c uninterd to palp ant/lat | D Bauer CM |
| | musculature, ⊘ swelling. full ROM | |
| | mouth = lower lip c small area | |
| | of erytheena + swelling   abd=wa | |
| | A = 1. s/p suicide attempt | |
| | 2. SIP SOB | |
| | 3. alt in comfort abd | |
| | | |
| 8/9/12 | ψ note: seen @ cellhouse for crisis. | refer to primary |
| | see DOC 0242. | wxn24@ LCSW |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ S T A  N R C _____ Center

Offender Information:

Last Name: BOYCE    First Name: ANTHONY    MI: ____    ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/19/13 | PA NOTE | 1. opt. referral |
| 11:40ª | 30 y/o s/p altercation | 2. pt education |
| T- 98.8 | "my eyes are light sensitive | 3. Benadryl 20mg ÷ p 10 prn |
| B/p -126/83 | and burn c blurry vision" | #30 x 2 mos) |
| P- 84 | I also need imodium | 4. RTC prn |
| R - 16 | too. Tummy cramps off/on | Rx pdc) |
| HT 5'9 | O= gen=wnl   HT=wnl | noted J. Abante pa 3/19/13 |
| WT- 175 | Heent = small conjunctival | |
| | hemorrhages eyes (B) | |
| | neuro =wnl   Ext=wnl | |
| | A = 1. O/p altercation | |
| | 2 (B) Conjunctival hemorrhages | |
| | 3. SP visual disturbance | |
| | 4. | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WEX 000110

19

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Boyce _____ Anthony _____ ID#: R52162
Last Name              First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1-19-13 | OPTOMETRY CLINIC | |
| | SEE CONSULT SHEET THIS DATE | |
| | | |
| 6/3/13 | Update: Vm seen due to crisis | F/u 1 week |
| | See DOC 0282 | Refer to Immaywor |
| | | C. Balett RP |
| 6/3/13 40 y | Pa— NOTE | |
| BP 149/91 | 30 y/o man. c/o sore throat | - unable to |
| HR 79 | and spitting up blood friday | complete visit |
| RR 18 | because of my tonsils and gums | will tell pt |
| T~98⁸ | swelling. This has been an issue | 6/4/13 for |
| | since 2008 when I had a dental | complete |
| | cleaning ē unsterilized equipment. | evaluation as |
| | This infection is all in my body. | it is after |
| | Ms Fryer saw the blood I | hours for |
| | spit up, asked Rer! | medical appt |
| | | 2. pt to be called |
| | | up tomorrow |
| | | 1-4-13 12pm |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Bryce   First Name: Anthony   MI: ___   ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/4/13 | MD Note | |
| 2:05 pm | "Since 2008 my throat has been | → TSH, CBC, CMP, |
| 182 lbs | swelling up and my teeth has been | Coags |
| 143/84 | decaying. I'm trying to be sent out." | → Refer to med. |
| P76, R12 | "I'm coughing up blood. My throat | director |
| T 97.6 | and my gums are are swollen. | |
| | My teeth hurt." "When I eat | |
| | stuff it hurts. My throat was swollen | |
| | up c̄ knots in it." | |
| | O: VS Noted | |
| | Gen: Awake, alert, + oriented. | |
| | HEENT: Pharynx erythematous. | |
| | Gingival erythema. | |
| | Circular, violaceous areas buccal | |
| | mucosa. | |
| | Thyroid exam normal, no nodules | |
| | CV RRR No murmur | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

| Offender Information: | | | |
|---|---|---|---|
| Boyce, | Anthony | | ID#: R52168 |
| Last Name | First Name | MI | |

| Date/Time | MD Note (cont) Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/4/13 (2/2) | Pulm CTAB . Abd · NABS. Soft. Ext. Warm & well perfused · A/P. Pt. presents c/o Chronic mouth pain + Sores, along c̄ spitting up "flecks of blood. Will check CBC CMP, TSH, Coags. Refer to medical director for full eval. follow up bloodwork. Alt AMS | Noted release on 6/4/13 7.30pm |
| 6/5/13 | 3Dpa rx note. Im not seen for 1:1 mental health tx due to scheduling conflict. Im seen briefly by writer. Im denies he is having any type of crisis @ this time. Susan Welson, CCRA | F: Follow up on 6/7/13 |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

STATEVILLE C.C. Center

| Offender Information: | | | |
|---|---|---|---|
| Boyce Last Name | Anthony First Name | MI | ID#: R.52162 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **LAB NOTE** | |
| 6/18/13 | S. | P. |
| 10:01 am/pm | O. | |
| | A. LABS CMP, CBC, TSH | DRAWN: J. Wollenzien RNLab |
| 6/26/13 228p | | |
| Wt: 182 | MD note | Protonex 40 g PO BID |
| BP-128/82 P-94 | Pain in mouth | x30 days |
| R-18 T-98 | and Throat 2008 | TSH, Free T4 |
| | dental eval WNL | Sed rate - # IV ANA |
| | O: mouth + Throat WNL | c reactive Proteins |
| | A Throat & mouth pain?? | F4 4 weeks |
| | | [signature] |
| | | MParun, LPN 6-26-13 |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Center

Offender Information:

Last Name: Boyce   First Name: Anthony   MI: _____   ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/25/13 240p BP 116/85 P 81 R 18 wt 189 | no D note no lab test result available yet still has Throt pain O no acute distress A: Throat pain Chronic | — Neurontin 300 mg po BID x 30 days — F/u 2 weeks |
| 8/13/13 149/90 P 88 | ENT, Nose S) my throat hurts but O) A· OX3 — A) No throat pain | D) refer to UC for MD Goal / F/U D Burns CMT |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>**Stateville Correctional Center**</u>

Offender Information:

Bryce Anthony ___ ID#: _____
Last Name / First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/30/13 | MD Note | |
| | Presents to HCU c/o chest pain. | |
| | Says "it's a 5/5. It's been there | |
| | for weeks but is worse today. | |
| | It's been since I started the | |
| | Neurontin." Denies diaphoresis. | |
| | Has some tingling in left arm - | |
| | has been present for weeks. | |
| | ◦ V.S. Noted | |
| | Gen: Awake, alert, + oriented. | |
| | No distress. | |
| | CV: RRR. No murmurs. | |
| | Pulm: CTAB | |
| | Abd: Soft. Not distended. | |
| | Tender epigastrically. No | |
| | rebound. | |
| | Ex: Warm & well perfused. No edema | |
| | | att errors |

(1/2)

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 3/2002)
(Replaces DC 7.17)

WEX 000123

25

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

ROYCE                    ANTHONY           ID#: R52162
Last Name                First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/30/13 | MD Note 2/2 | |
| | a/p. Chest pain. Gastritis. | |
| | Dk Neurontin. Restart | |
| | Protonix Milk of magnesia | |
| | prn. | noted |
| | A/A 9ms | C Kaminski @ |
| | | 3/30/13 |
| 11-14-13 | | |
| 3:15p. | MD note | — Saline nasal |
| BP 139/83 | S. dryness mouth | spray BID |
| HR 67 | and nasal cavity | X 3 mths |
| T. 96.8 | Constant for year. | — ANA - RF |
| | | ESR- Anti SSA Ab |
| | ① dryness mouth + dry | Ant SSB Ab |
| | nasal mucosa | Ant SCl AbP |
| | A Pt report Sjogren syn | Ant Centromer Ab |
| | | Ant SM Ab |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_Stateville_ Center

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Boyce | Anthony | | R52162 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/28/13 | **Nurse/CMT Tx Protocol: BACK PAIN** | |
| S) | | **P)  Refer to MD if:** Sat 11/30/13 |
| | 10                     alteration | Abnormal vital signs, temp greater Than 100 |
| | Rate the pain (1-10)          Cause of pain? | Loss of sensation or numbness, Foot drop Difficulty ambulating |
| | _immediate_ | |
| | Was the pain immediate or delayed? | Severe pain, or accompanied by Abdominal pain Dark or bloody urine |
| | For how long? _10 minutes_ | |
| | Location and pattern (radiation) what worsens / eliminates? _lower back_ | No improvement after 48 hour trail of Treatment protocol |
| | Color of urine:        Frequency?        Any pain on urination? _N/A_ | **When no MD referral:** Ibuprofen 200 mg, 1-2 TID PRN with ✓ |
| | How severe (wake you up at night, elevated with cough)? _N/A_ Range of motion? | Meals X 3 days. Or Acetaminophen 325 mg., up to 3 tabs TID PRN for up to 3 days |
| | Fever, chills, night sweats, dysuria: Increase in pain with cough? | Avoid sporting activities until pain has been gone for at least two weeks. Bed rest if necessary for up to 48 hrs PRN ✓ |
| | Are you taking any medications? | Begin gentle strengthening exercises as early as possible and observe proper lifting techniques. (provide exercise packet) No lifting X 5 days. |
| O) | 120    20    156/96 | **Patient Teaching:** |
| | T    P    R    BP Wt | - if injury could have been prevented, instruct on safety measures ✓ - Proper body mechanics ✓ |
| | Limitation with movement? _NO_ Gait disturbance? _NO_ | - Avoid weight lifting, strenuous activity ✓ (Sports restriction) - Back exercises when indicated by MD ✓ |
| | Any change from sitting to standing? _NO_ | MD. - Recommend moist heat, e.g. warm shower when available. ✓ |
| | Swelling, redness, bruises, tenderness to touch. _Left_ limitation to movement? _redness to shoulder tender to touch back + shoulder_ | - Allow 48 hours of trial with simple analgesic. Return to sick call if symptoms persist or worsen. |
| | Distress or pain with movement? _pain c̄ movement_ | $5.00 Co- Pay    Yes    No |
| | **A) BACK PAIN** | m.r absonia |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

| Offender Information: |
|---|
| Last Name: Boyce    First Name: _____    MI: _____    ID#: 252162 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/3/14 | MD Note | |
| | Reeval inmate after he was | → Admit to inf. |
| | treated in dental. He was | 23° obs |
| | complaing of lightheadedness | → IV 0.9 NS ~ |
| | & continued to have oozing from | 1 liter bolus |
| | laceration on bridge of nose. | x1 now |
| | Inmate also said that he was | noted ⟨?⟩ 1/3/14 |
| | "jumped on. I did not fall." | |
| | Denies any sexual assault | |
| | or advances — Suture | |
| | placed, bridge of nose- 5.0 Ethilon | |
| | x1. Hemostasis obtained. | |
| | Due to presyncopal sensation, | |
| | trauma sustained, will admit | |
| | to infirmary for 23° obs. Fluid | |
| | bolus x1. Int. affairs notified | |
| | re: description of incident. Aft ptns | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7142)

Printed on Recycled Paper

WEX 000313

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name _____  First Name _____  MI ___  ID#: _____

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 2/2 | Edema of R. upper lower lip. Superficial abrasion R. forearm. No wounds to hands ® No genital or rectal trauma evident – A/P s/p injury: Ice to affected areas. sensitivs to Percouter. dental eval. Vicodin × 2 now Tylenol 500 ~ g po "/11 tabs BID prn × 1 week. Follow up 3-4 days – Alt QHS MD | Noted: Abolished CMT |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Boyce
First Name: Anthony
MI:
ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1/3/14 12⁰⁰p | RN Note 22g IV started ® hand c̄ 0.9% wide open ———— | M Mullen RN |
| 1/3/14 12⁰⁰p | RN NOTE  S: ∅ ————————————————  O: i/m AAO×3, ∅ acute distress noted, i/m admitted to the infirmary for 23° obs p̄ trauma to face, bridge of nose c̄ slight swell ⊕, suture was placed to l1 laceration near bridge of nose, ∅ active bleed ⊕ noted @ this time. IVF 0.9% 100s bolus infusing to ® hand IVL, will monitor inmate closely. i/m was also treated @ dental. MD to plan in am ——  A: 23° admit | P: Continue to monitor [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Boyce    First Name: Anthony    MI: ___    ID#: R 52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/3/14 2³⁰ P | RN NOTE<br>S: ⊖<br>O: I/m resting in cell, ⊖ complaints voiced. IVF completed. Dr. Davis notified, IVL heplocked. I/m to clu in a'm by Dr. Davis. Pts continue close monitoring<br>A: Alt. Skin integrity R/T trauma | P. Continue to monitor |
| 1/3/14 5³⁰ am | RN Note<br>S: "Can I have something for my lip?"<br>O: I/m A3x3 speech clear 3 coherent. I/m has IV heplock w/ on R hand. I/m received bacitracin for lip. ⊖ signs of distress at this time<br>A: Alt Skin Integrity | P. Continue to monitor |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Boyce    First Name: Anthony    MI: ___    ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/4/14 2⁰ᵖ | Rw note S: None D: I/m alert & oriented×3 No respiratory distress noted voiced no c/o of pain or discomfort. Heplock to Rt hand intact & patient. Bridge of the nose slightly swollen. No c/o lodged. Appetite good @ meal. A: Alt. Skin integrity R/T trauma | P: Continue care [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

| Boyce | Anthony | | R52162 |
|-------|---------|--|--------|
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1/4/14 8³⁰ | LPN note | P) CPN |
| | S "I'm in pain" | |
| | O Alert + oriented. Standing | |
| | in doorway of cell. Tylenol give | |
| | for nose pain. Speech clear + coherent. | |
| | Heplock in place ® hand. NO N+V | |
| | A) 23° obs | P) follow cs |
| 1/5/14 7PM | LPN note | P) CPN |
| | S "I still taste a little blood | |
| | in my mouth" | |
| | O no active bleeding noted | |
| | Offender asking for boost | |
| | Irrigat mouth ō ½ H₂0 + ½ H₂0₂ | |
| | Heplock in place ® hand | |
| | A) 23° obs | P) follow cs |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

WEX 000317

33

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>Stateville Correctional Center</u>

Offender Information:

| Boyce | Anthony | | ID# 52162 |
|-------|---------|---|-----------|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1/6/14 3Am | No not <br> O Sleeping No complaints <br> A) 23° obs | P) Continue to monitor |
| 1/16/14 10AM | RN note: Inmate ask about his seexits and spit for a sore in his mouth, no active bleeding sore appears to be trelling, Inmate has bruising to face, no distress noted or complaints of attention. A) 23° ob due to altercation | P. Continue to monitor <br> Allesse th |
| 1/16/14 7pm | RN note: Inmate states he has some pain to his face. Pain meds given and tolerates pain was a 10 out of 10, now a 3 out of 10, continue to rest in bed, alert & ox3, speech clear, gait steady, no other complaints. A: 23° obs due to altercation | P. Continue to monitor. |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

WEX 000318

34

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Boyce    First Name: _____    MI: ____    ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| | MS Note | |
| 1/8/14 | Asked to eval inmate re: need for x-ray. Please do X-ray ASAP (non-emergent) Alt status | |
| 1/9/14 | Ø Note I/M seen in house for mental health session. See DOC 0282 | ___ LCSW |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WEX 000319

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Stateville Correctional Center

Offender Information:

_____    _____    _____    ID#: _____
Last Name                                          First Name                           MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |

Distribution: Offender's Medical Record

DOC 0084 (Eff 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

WEX 000320

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information: Boyce (Last Name) Anthony (First Name) __ (MI) ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/7/14 | LPN note | P) CPM |
| 9Am | S) "Yes Maam" | |
| | O) Alert et oriented compliant | |
| | c meds Tylenol for facial discomfort | |
| | B/P 129/78 P 87 R 20 T 98.6 | |
| | A) 23° due to altercation | [signature] |
| | | |
| 1/9/14 | MD Note | |
| BP 126/81 | Asked to eval inmate d/t recent | → May discharge |
| P109 | altercation. Says I don't feel | to cell house |
| R20 | lightheaded. My eye is irritated | if okay c |
| | & my teeth hurt. | dental. |
| | O: VS Noted | → F/U follow up |
| | Gen: Awake & alert. No acute | c 1 week, urgent |
| | distress. | care. |
| | HEENT: Subconjunctival hemorrhage | → Artificial tears |
| | Right eye. Dental splint in place. | prn |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

[signature] noted [signature]

WEX 000321

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Boyles  First Name: Anthony  MI:  ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/9/14 | CN RRR. No murmurs | |
| | Pulm CTA Ⓑ | |
| | Ext Warm & well perfused. | |
| | A/P: S/p altercation | |
| | Clear to d/c from from | |
| | medical perspective. | |
| | Will consult ē dental | |
| | re: splint in place. | |
| | Alt RN | |
| 1/9/14 | Addendum | |
| | Spoke ē dental, scheduled 1/14/14. | |
| | May discharge to cell house. | |
| | Alt RNS | noted Dundalat |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

**WEX 000322**

38

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

| Offender Information: | | | |
|---|---|---|---|
| Boyce | Anthony | | ID#: R52162 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/9/14 8:05 pm | Rn note | P: RTC |
| | S: none | |
| | O: I/m alert & Oriented. No distress noted. I/m was seen by Dr Davis & order to discharge I/m back to cell house. I/m to follow up c̄ Dr Davis in one week & scheduled to see the Demps on 1/14/14. | |
| | A: Discharged ———— | Kimberley |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

WEX 000323

39

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

STATEVILLE / NRC     Center

Offender Information:

Boyce                      ID#: R52162

Last Name            First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/24/14 9:48am | **Nurse/CMT Tx Protocol: Muscle Strain / Joint Pain** | |
| | S) | P) Refer to MD: |
| | What caused the pain (lifting, sports, etc)? walking sitting Was there an injury? | Any suspected fracture, difficulty walking, numbness, severe pain or swelling, deformity And / or fever |
| | How long has pain been present? since 1/3/14 | Inability to bear weight or use the affected body part |
| | Describe location, type, characteristic & pattern of pain (R) hip. sharp pain. | No MD Referral: |
| | What precipitates the pain? Alleviates the pain? walking not moving / pain meds. | Cold compresses times 12 hrs, then warm moist packs as necessary Elevate affected part |
| | Was swelling immediate or delayed? slight swelling. Weakness or numbness? | Acetaminophen 325 mg, 1-2 tablets t.i.d. PRN X 3 days, or ibuprofen 200 mg 1-2 tablets t.i.d. with meals PRN X 3 days |
| | Was a "pop" heard when the body was injured? can't remember | Crutches ( if indicated ) for 3 days Lay in ( if indicated) for up to 3 days |
| | O) | Patient Teaching: |
| | T    P 63 . R 16     BP 122/72 Wt | - Medication use - Use of hot/cold packs |
| | Note appearance at rest and at movement? grimicing. | - Avoid lifting, sports or strenuous activity until area has healed and free of pain approximately 2 weeks |
| | Ecchymosis, redness, bruising? No bruising No redness | Importance of proper body mechanics to avoid injury |
| | Swelling? yes | If injury could have been prevented, instruct on future safety measures ( warm up before exercises) |
| | Tenderness on examination? yes upon pallpation. | - Importance of F/U to MD if symptoms fail to resolve within 5 days or if symptoms worsen |
| | Limited ROM? yes | **COMPLETE INJURY REPORT** $2.00 Co-pay applied   yes   or   No |
| | A) Muscle strain / Joint Pain | Megan Knudson |

Distribution: Offender's Medical Record

WEX-M09/325002

DOC 0098 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**STATEVILLE** _____ Center

Offender Information:

Boyce _____ _____ ID#: R52162
Last Name          First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/25/14 | MD Note | |
| 955 Am | Presents for follow up | → Naproxen |
| B/p 121/81 | Offer infirmary admission | → Orabase |
| HR 81 | 1/p altercation Jan 3rd. | → Tylenol, prn |
| RR 18 | Still c/o pain in nose, ad | → Lay-in |
| Temp: 98.6 | right hip. Pain c | → X-ray R hip |
| | weight bearing of right | |
| | hip. My gum hurts | |
| | too. | |
| | O: VS Noted | |
| | Gen: Appears uncomfortable | |
| | HEENT: Gums erythematous. | |
| | Facial bruising | |
| | resolving. | |
| | Ext: R. groin tender | |
| | to palpation over iliac crest - | |

Distribution: Offender's Medical Record

(1/2)

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

WEX 000327

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

STATEVILLE _____ Center

| Offender Information: | | | |
|---|---|---|---|
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/25/14 | a/p S/p altercation: Tylenol, Naproxen prn. Lay-in for now. Gingivitis: Diabetes glc. Cont DSM's noted (S/green [n]) | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

STATEVILLE _____ Center

Offender Information:

| Boyce | Anthony | R52162 |
|---|---|---|
| Last Name | First Name | MI / IDN#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | RN NOTE: | ① Ibuprofen 800 |
| 2-13-14 | Im to HCU 2" an | mg po x 1 dose |
| 2:45pm | Im, another cellie, | now. |
| | tried to hurt me, | ② continue |
| BP 138/102 | said he wanted to | Naprosyn + |
| HR 112 | get me. I had to | Zenol as ordered. |
| RR 18 | run away from | ③ FU ANSC |
| | him." Im has ① | Thurs 2/20/14. |
| | clo injuries. S/R | ④ contact HCU |
| | "he didn't touch | c̄ any further |
| | me. he just wanted | issues et. Doc. |
| | to. they moved me to | |
| | another cell." S/R | |
| | "hurt hip when I tried to | |
| | get away from him." ① | |
| | bruising or swelling | |
| | (cont'd) | |

WEX 000332

43

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: _Boyce_   First Name: _Anthony_   MI: ___   ID#: _R52162_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| (cont'd) | noted on examination. ox3 _oriented x3_ [illegible] speech clear. [illegible] laughing + joking. OTO acute [illegible] clothes agreeable to [illegible] x1 dose. ____ I/m states "I'm ok now. I'm going to be in another cell in X House. I'm safe now." agreeable to flu 2-20-14 in x-ray. ____ [illegible] aware to call [illegible] any other issues. | [illegible] RN 2-13-14 |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Stateville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Last Name: Boyce | First Name: Anthony | MI: | ID#: R52162 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/20/14 10:51AM | **Nurse/CMT Tx Protocol: Muscle Strain / Joint Pain** | |
| | S) F/U from previous assault. "My ⓡ hip is really hurting me!" | P) Refer to MD: |
| | What caused the pain (lifting, sports, etc)? Previous assaults. Was there and injury? Yes | Any suspected fracture, difficulty walking, numbness, severe pain or swelling, deformity And / or fever |
| | How long has pain been present? He assumes January 3rd, 2014 | Inability to bear weight or use the affected body part |
| | Describe location, type, characteristic & pattern of pain ⓡ Hip; sharp, achy pain, Intermittent but hurts all the time too | No MD Referral: |
| | What precipitates the pain? Alleviates the pain? Walking precipitates pain, Laying down and resting helps to ease the pain | Cold compresses times 12 hrs, then warm moist packs as necessary. Elevate affected part |
| | Was swelling immediate or delayed? None Weakness or numbness? NO | Acetaminophen 325 mg. 1-2 tablets t.i.d. PRN X 3 days, or Ibuprofen 200 mg 1-2 tablets t.i.d. with meals PRN X 3 days |
| | Was a "pop" heard when the body was injured? Unknown I/M c/o not getting follow-up from previous altercation | Crutches ( if indicated ) for 3 days. Lay in ( if indicated) for up to 3 days |
| | O) T 98.6 P 68/m R 16/m BP 114/70 Wt | Patient Teaching: - Medication use - Use of hot/cold packs |
| | Note appearance at rest and at movement? WNL at rest - Grimacing during movement | - Avoid lifting, sports or strenuous activity until area has healed and free of pain approximately 2 weeks |
| | Ecchymosis, redness, bruising? Ø | Importance of proper body mechanics to avoid injury |
| | Swelling? Ø | If injury could have been prevented, instruct on future safety measures ( warm up before exercises). |
| | Tenderness on examination? Self reported tenderness | - Importance of F/U to MD if symptoms fail to resolve within 5 days or if symptoms worsen |
| | Limited ROM? Restricted due to self reported pain | **COMPLETE INJURY REPORT for MD. Scheduled for MD/UC** $5.00 Co-pay applied yes or (No) on 2/26/14 |
| | A) Muscle strain / Joint Pain | K. LaVilla RN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

WEX 000335

45

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

**Transferring Facility:** Stateville Center

Offender Information:
Last Name: Boyce  First Name: Anthony  MI: _  ID#: R52162

**Date:** 2,26,14  **Time:** 7:15  ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKA    **Food Handler Approved:** _____

**Current / Acute Conditions / Problems:** _____

**Chronic Conditions / Problems:** Chronic rhinitis

**Current Medications** (name, dosage, frequency, and duration):
**Acute Short-term:** OK ABASE for TP/Pain ; Tylenol 500 x II BID/PRN ; NAPROXEN 500 x BID/PRN
**Chronic Long-term:** Nasal Spray BID ; Protonix 40 x BID
**Chronic Psychotropic:** _____

**Current Treatments:** Ø

**Therapeutic Diets:** _____

**Follow-Up Care:** RHC

**Chronic Clinics:** Ø

**Specialty Referrals:** Ø

**Significant Medical History:** GSW- week '99   STD Tx '99

**Physical Disabilities / Limitations:** Ø

**Assistive Devices / Prosthetics:** Ø   ☐ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt; Date: _/_/_  ☐ Hx Psych Med ☐ Hx MPC/STC  Substance Abuse: ☐ Alcohol ☐ Drugs

**R' & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other _____ ☐ Packet Complete

Print Name and Title / Signature / Date: 2,26,14

**Reception Screening** (completed by receiving facility health care staff):
**Facility:** Pontiac C.C.   **Date:** 2,26,14  **Time:** 9 ☐ a.m. ☐ p.m.

**Subjective:**
**Current Complaint:** Rhinitis   **Assessment:** New Transfer
**Current Medications/Treatment:** Nasal Spray BID

**Objective:**
**Physical Appearance/Behavior:** Alert & Ambulatory
**Plan: Disposition:** ☐ Health Information Given ☐ Emergency Referral ___ ☐ Sick Call: Urgent / Routine ☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics ☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other(specify) ☐ Infirmary Placement ☐ Other (specify)
**Comorbidities: Acute/Chronic:** Refer to current physical

J. Lane CMT / J. Lane / 2,26,14

**For Adult Transition Center transfers only:** I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature / Date / Time  ☐ a.m. ☐ p.m.

WEX 000337

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

~~Stateville NRC~~ Center

| Offender Information: | | | |
|---|---|---|---|
| Boyce | Anthony | | ID#: R52167 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/6/14 weight 203 BP P.73 R.16 PO 98 | **SICK CALL** saw dentes 6/5 for chest + gum issue. here for groin pain + stomach boils chest also feels can't remember well O. alert/oriented sl flat affect heart RRR murmur lungs clear abd soft — sl tender epigastric BS normal A. sl gastritis stress/anxiety | CMP CBC Zantac 150 mg ÷ BID X 4 Mo Do deep breathing as instructed Louise Todd RN ☐ T. Carey Dau 6/6/14 130 pm |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

*Printed on Recycled Paper*

**WEX 000349**

This report is a medical document and should be treated as confidential information

University of Illinois Medical Center
1740 West Taylor Street Chicago, IL 60612
312-355-4000

## Otolaryngology PowerNote (Short Format)

| | |
|---|---|
| PATIENT: | BOYCE, ANTHONY |
| MRN: | 72851785 |
| DATE OF BIRTH: | 08/20/1982 |
| GENDER: | MALE |
| NOTE TYPE: | Otolaryngology Note |
| VERIFIED BY: | Liu MD, Judy |
| NOTE DATE: | Jul 31,2014 |
| NOTE STATUS: | Auth (Verified) |

---

### Otolaryngology PowerNote (Short Format)

Patient: **BOYCE, ANTHONY**    MRN: 72851785    FIN: 72851785-0369
Age: **31 years**  Sex: **MALE**   DOB: **8/20/1982**
Associated Diagnoses:  **Reflux; Vocal cord weakness; Neuropathic pain**
Author:  **Liu MD, Judy**

**Visit Information**
   Visit Type:  New patient evaluation.

**Chief Complaint**
   Chief Complaint from Intake Form : Reason for Visit
         7/31/2014 10:48 AM     Reason for Visit      Neck and throat pain

**History of Present Illness**
   31yoM referred for evaluation for burning sensation in throat. On ranitidine 150mg BID x 1 year without
      improvement.
   Burning/sore/"knots" sensation is in throat (alternates sides), hard palate, floor of mouth, chest, back, both
      shoulders. Difficulty breathing at night due to burning sensation.
   H/o GSW injury through back s/p neck exploration and trach (later decannulated) 1999 with retained bullet
      which he later spit out one day while driving.
   No etoh/smoking.

**Health Status**
   Allergies:
         Allergic Reactions (All)
            No Known Medication Allergies
   Current medications:  (Selected)
      Documented Medications
         *Documented*
            Hydrocortisone-Aloe 0.5% topical cream: 1 appl, TOPICAL, QID, apply lightly, Refills: 0
            Zantac 150: 150 mg, PO, BID, Refills: 0, Effective Date 07/31/14 10:49:00
   Problem list:
      All Problems
         Depression / 59212011 / Confirmed
         Reflux / 78795015 / Confirmed

**Histories**

Last printed 08/04/2014 10:42:57 AM by Kissiar , Kathy                      Page 1 of 3

WEX 000437

This report is a medical document and should be treated as confidential information

PATIENT:    BOYCE, ANTHONY
MRN:      72851785

**Family History:**
    Diabetes mellitus type 2
        Grandfather (hx)
        Grandmother (hx)

**Procedure history:**
    No active procedure history items have been selected or recorded.
**Social History**

    **Social & Psychosocial Habits**

    **Alcohol**
    07/31/2014  Use: DENIES
    **Did the patient receive alcohol cessation education? No**

    **Substance Abuse**
    07/31/2014  Use: DENIES
    **Did patient receive substance abuse cessation education? No**

    **Tobacco**
    07/31/2014  **Have you used tobacco in the last 12 months?** No
    Use: Never smoker
    **Did the patient receive tobacco cessation education? No**

**Review of Systems**
  **Constitutional:** Weight gain.
  **Head and Neck:** Throat pain, Difficulty swallowing.
  **Cardiovascular:** Negative.
  **Respiratory:** Negative.
  **Gastrointestinal:** Negative.
  **Genitourinary:** Negative.
  **Musculoskeletal:** Negative.
  **Skin:** Negative.
  **Neurologic:** Blurry vision, Headache, Dizziness.
  **Hematologic:** Negative.
  **Endocrine:** Negative.
  **Psychiatric:** Depression.

**Physical Examination**
  **VS/Measurements:** Vital Signs

| | | |
|---|---|---|
| 7/31/2014 10:48 AM | Pulse Rate | 72 bpm |
| | Respiratory Rate | 16 Resp |
| | Pain Assessment Scale | Numeric/Linear |
| Pain Rating Scale | | |
| | General Pain Score | 7 |

  **General:** No acute distress.
  **Neurologic:** Alert.
  **Psychiatric:** Cooperative.
  **Eye:** Normal conjunctiva.
  **Respiratory:** Respirations are non-labored.
  **Voice:** Normal.
  **Face:** Within normal limits.
  **Ear:** right EAC clear, TM intact, no MEE. left EAC cerumen.

Last printed 08/04/2014 10:42:57 AM by Kissiar , Kathy        Page 2 of 3

WEX 000439

<u>This report is a medical document and should be treated as confidential information</u>

PATIENT:      BOYCE, ANTHONY
MRN:          72851785

Nose:  bilateral severe mucosal edema with clear rhinorrhea.
Oral:
    Lips: Without deformities.
    Dentition: Normal.
    Oral Cavity: Normal.
    Oral Tongue: Normal Oral Tongue.
    Oropharynx: Normal.
Salivary Glands:      Normal: Bilateral.
Neck:  right neck well healed scar, well healed trach scar.

Procedure
    Type of procedure
        Flexible fiberoptic laryngoscopy.
    Performed by
        Sweis MD, Auddie.
    Supervised by
        Thambi MD, Rakhi.
    Date: 7/31/2014
    Confirmed
        Patient.
    Indication
        throat pain.
    Location
        Right (nostril).
    Preparation and technique
        Position: sitting.
        Local anesthesia: neosynephrine with 2% tetracaine spray.
        Technique: flexible fiber optic scope.
    Findings
        No masses or lesions in bilateral nasal cavities, nasopharynx, oropharynx, hypopharynx, supraglottis or
            glottis. Bilateral true vocal folds mobile though right TVF is weak. Airway widely patent.
    Procedure tolerated
        Well.
    No Complications

Impression and Plan
    Impression:  Diagnosis
        Reflux (ICD9 530.81, Discharge, Diagnosis).
        Continue zantac BID.

    Impression:  Diagnosis
        Vocal cord weakness (ICD9 478.30, Discharge, Diagnosis).
        right TVF, s/p right neck exploration from GSW injury.

    Impression:  Diagnosis
        Neuropathic pain (ICD9 729.2, Discharge, Diagnosis).
        No masses or abnormalities on physical exam. Burning/pain likely neurogenic. Will start gabapentin
            100mg daily, can titrate up as necessary by PCP. RTC prn.

    Education:      Counseled: Patient, Verbalized understanding.

WEX 000441

50

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Pontiac Correctional** _____ **Center**

| Offender Information: | | | | |
|---|---|---|---|---|
| Boyce | Anthony | | ID#: | R52162 |
| Last Name | First Name | MI | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/29/15 1415 WT~205 P~22 R~16 B/p 140/78 T~98.4 | **SICK CALL** S. Pt presents w/ c/o R. Chin pain on & off Requests for meds renewal on Zantac, cepacol Tolfnate | Zantac 150mg ⊤ QD x 3mths Tolfnate 1% Crom AAA BID x 2mths Motrin 600mg ⊤ PO BID x 1mth |
| | Ⓞ vitals are wnl, A/O x 3 NAD ENT ∴ Pink mucosa Ⓞ lesion or adenopathy appreciated GI ∴ + Bwl sd soft NTNG. Exts ~ + ROM Ⓞ deformity Skin dry feet | cepacol Mouth wash use as directed x/buds [signature] |
| | A ∴ — Reflux — Alleged Chin pain — Athele's feet | |
| 5/8/15 1105 | MH note: IM refused to complete MHE ref. | Ⓜ MH to follow as needed. Pamela be [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Center

| Offender Information: | | |
|---|---|---|
| Royce | Anthony | |
| Last Name | First Name | MI |

ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/26/15 | **SICK CALL** | |
| | S/ 32 y/o AAm 40 | ① DC Zantac ⑤ diet |
| | ear pain since 1999 - | ② Zantac 150 g ʳᵗ PO |
| | seen ENT for that - | Biox 4 mth |
| | was ŝ significant finding. | ③ Debrox otic solution ⁱ ⁱ ⁱ ⁱ |
| | ⊖ fever, ⊖ chills, ⊖ N/V | gtts Ⓛ ear canal Bib |
| | Ⓛ ear congested. | x 7 days. |
| | O/ Head- Pale, ⓁTM | ④ HC 1% creme |
| | NA to see 2° to cerumen | use Biox x 30 day |
| | ⊖ lesion | |
| | Head: mult small | |
| | lesions ŝ drainage | |
| | old: S/ NT, PERRLA | |
| | NML, A&O x3 | |
| | A) Dermatitis, ⓁTM | |
| | occluded, Gastritis | |
| | P) | |

Distribution: Offender's Medical Record

WEX 000410   DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Pontiac Correctional Center

Offender Information:

Last Name: Boyce   First Name: Anthony   MI: ___   ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-28-15 | PA Note | |
| 11Am | S) 33 y/o AAM being | |
| | seen s̄ chart – c/o | |
| 148/82 | stomach pain since 2008 – | |
| 18 | Pt just ate Hamburger | |
| 198# | fries – Pt states he | |
| 88 | wants to see a GI | |
| 96% | MD. Pt ⊖ N/V, | |
| 98.3 | ⊖ fever ⊖ chills ⊖ diarrhea | |
| | O) PA NAD r̄s✓ | |
| | Lungs CTA s̄ ⊕ | |
| | car S,S_ | |
| | abd. S/NT ⊕ BS | |
| | some epigastric tenderness | |
| | N r A+Ox3 | |
| | A) Reflux | |
| | P) | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Pontiac Correctional Center**

Offender Information:

Boyce _____ Anthony _____ ID#: R52162
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/2/15 | **SICK CALL** *[illegible handwriting]* | P. Sl/c for further *[illegible]* |
|  | *[illegible handwriting]* |  |
|  | *[illegible handwriting]* |  |
|  | *[illegible handwriting]* |  |
|  | *[illegible handwriting]* |  |
|  | *[illegible handwriting]* | *[illegible]* |
|  | *[illegible handwriting]* |  |
| 10.2.15 BP 208 | Inmate still c/o epigastric pain — on Zantac not really helping. | 1) H. pylori lab 2) FU 2-3 weeks |
| T° 98.1 132/ 06/ | *[illegible handwriting]* | James A. Canedo PA-C ILL# 08-000618 *[signature]* 10.2.15 |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pontiac Correctional Center

Offender Information:

Boyce          Anthony          ID#: R52162
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/14/15 | LAB NOTE | |
| 1011 | S. | P. |
| | O. | |
| | A. Labs H pylori Igg | Drawn _cuillurgy Amy_ |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Pontiac Correctional _____ Center

**Offender Information:**

Last Name: Boyd  First Name: Anthony  MI: ___  ID#: R52162

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/29/15 12:50p | MH NOTE: Out Pt SEE MH Doc 0282a | MH to F/u PRN. William Alley, QMHP |
| 1-3-16 9pm | CMT Note: Iim seen during routine gallery records c/o medications not working Zantac, + issues c̄ skin | P96 collected S/c sch. K education |
| 1/6/16 | **SICK CALL** Pt presents w/ c/o stomach cramp on & off w/ diarrhea. Vitals are WNL. A/O ×3 NAD GI: + Bwl sol soft - NT/NG ⊖ organomegaly A = Irritable Bwl. | famotidine 40mg T PO QD × 3mths |

159 #8  96 95%  16 98.1  128/88

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

WEX 000428

56